1
2
3
4
5
6               UNITED STATES DISTRICT COURT
7              EASTERN DISTRICT OF WASHINGTON
8

| | |
|---|---|
| TODD RAY and JULY RAY, husband and wife, | No. 2:15-cv-00323-SAB |
| Plaintiffs, | |
| v. | **ORDER DISMISSING CASE; CLOSING FILE** |
| MAPFRE, U.S.A. a foreign corporation doing business in the State of Washington, AMERICAN COMMERCE INSURANCE COMPANY, a subsidiary of ACIC HOLDING COMPANY, INC., a Privately held Rhode Island Stock Corporation, doing business in the State of Washington, | |
| Defendants. | |

Before the Court is the parties' Stipulation of Dismissal Without Prejudice Pursuant to FRCP 41(a)(1)(A)(ii). The parties stipulate to the dismissal of the above-captioned action without prejudice and without costs or attorneys' fees.

Accordingly, **IT IS HEREBY ORDERED:**

1. Pursuant to the parties' Stipulation of Dismissal, ECF No. 7, the Court accepts the stipulation and **dismisses** the above-captioned action without prejudice and without costs to either party.

**ORDER ~** 1

1  **IT IS SO ORDERED.** The District Court Executive is hereby directed to
2  file this Order, provide copies to counsel, and close the file.
3      **DATED** this 28th day of December, 2015.



                    *Stanley A. Bastian signature*

                    Stanley A. Bastian
                    United States District Judge

**ORDER ~ 2**